UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SEAN ADAM ROGERS #447843,

    Plaintiff,

v.

HERIBERTO RUIZ-OJEDA, et al.,

    Defendants.

Case No. 2:18-CV-115

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 26, 2021, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court grant in part and deny in part Defendants' motion for summary judgment. (ECF No. 68.) The Court has reviewed the R & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the January 26, 2021, Report and Recommendation (ECF No. 68) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 57) is **granted in part** and **denied in part**. This case shall proceed on Plaintiff's second, third, and fourth retaliation claims.

Dated: February 22, 2021

                /s/ Gordon J. Quist
                GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE